# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AUGUST J. LEVERT, JR.,
FAMILY, LLC; RONALD R.
LEVERT; PAUL M. LEVERT; MARK
W. LEVERT, JR.; JOHN E.
SANFORD; JAMES L. SANFORD;
AND CAMPO E. MATENS

NO. 2023 CW 0349

VERSUS

MAY 5, 2023

BP AMERICA PRODUCTION
COMPANY

---

In Re:    BP America Production Company, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of Iberville, No. 78953.

---

BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.

**WRIT GRANTED.** The district court's April 19, 2023 judgment granting partial summary judgment in favor of Thomas James Levert, John Michael Levert, Paul M. Levert, Mark W. Levert, Jr., John E. Sanford, James L. Sanford, and Campo E. Matens (collectively referred to as "the Leverts") is hereby reversed. The mineral lease executed by members of the Schwing family and BP's predecessor holds the lessee and its assignees responsible for damages suffered by "Lessor," which is specifically defined therein as certain members of the Schwing family. It is well-established that such limiting language precludes a party from enjoying third-party beneficiary status. See **Lejeune Bros., Inc. v. Goodrich Petroleum Co., LLC**, 2006-1557 (La. App. 3d Cir. 11/28/07), 981 So.2d 23, writ denied, 2008-0298 (La. 4/4/08), 978 So.2d 327; **Broussard v. Northcott Exploration Co., Inc.**, 481 So.2d 125 (La. 1986). As such, the Leverts failed to establish they were entitled to judgment as a matter of law. Accordingly, the Leverts' motion for partial summary judgment is denied.

**JMG**
**JEW**

**McClendon, J.**, concurs with the result reached by the majority.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT